441 A.2d 448

Commonwealth v. Rivera, Appellant.

Submitted March 3, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney for Commonwealth, appellee.

Before CERCONE, P.J., WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.